IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 mj 21

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | |
| V | ) | **ORDER** |
| WYATT A. DAVIS, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Stephen L. Cash's Application for Admission to Practice *Pro Hac Vice* of Jack H. Lynn. It appearing that Jack H. Lynn is a member in good standing with the South Carolina State Bar and will be appearing with Stephen L. Cash, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorneys seeking admission has been provided, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Application for Admission to Practice *Pro Hac Vice* (#9) is **GRANTED**, and that Jack H. Lynn is **ADMITTED**

to practice, *pro hac vice*, before the Bar of this Court while associated with Stephen L. Cash.

Signed: February 20, 2015

Dennis L. Howell
United States Magistrate Judge